LORI J. COSTANZO (SBN 142633)
MALLORY A. BARR (SBN 317231)
lori@costanzo-law.com
Mallory.barr@costanzo-law.com
COSTANZO LAW FIRM, APC
111 West Saint John Street, #700
San Jose, CA 95113
Phone: 408.993.8493
Fax: 408.993.8496
Attorneys for Plaintiff ISABEL PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL PEREZ, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>KINDERCARE EDUCATION, LLC and DOES 1-25, inclusive,<br><br>  Defendants. | Case No. 4:20-cv-04562-HSG<br><br>[Santa Clara County Superior Court Case No. 20CV366792]<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Now before the court is Plaintiff Isabel Perez and Defendant Kindercare Education, LLC's Joint Stipulation of Dismissal with Prejudice. Having reviewed the Stipulation, and good cause appearing, the Court hereby ORDERS that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  2/18/2021

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

1
ORDER DISMISSING CASE WITH PREJUDICE